IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-00089-F

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| KAREEM LAMAR HALEY | : |
| a/k/a "Smoke" | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 30, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), based upon the defendant pleading guilty to 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and agreeing to the forfeiture of the property listed in the May 30, 2014 Preliminary Order of Forfeiture, to wit:

a Phoenix Arms, .25 caliber semi-automatic pistol, serial number 4270550; and a Glock 23, 40 caliber semi-automatic pistol, serial number KFE430, and any and all accompanying ammunition;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's May 30, 2014 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the May 30, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United

States. That the United States is directed to dispose of the property according to law.

2. The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this _14_ of day _October_, 2014.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

2