UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CRIMINAL NO. 5:13-CR-89-1F
CIVIL NO. 5:15-CV-181-F

| | | |
|---|---|---|
| KAREEM LAMAR HALEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The documents, including all attachments in support, are ordered to be returned to you for failure to comply with our Local Rules of Practice and Procedure. The filings are deficient in the following respects:

- Motion to Vacate, Set Aside or Correct Sentence *and* document titled Ineffective Assistance of Counsel Claim were not signed by the petitioner.

The Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected documents within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 29th day of April, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge